ORIGINAL

FILED
APR - 3 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

*********************
**JAMES H. AMOS** and
**JANICE L. AMOS,**
Plaintiffs,
v.

**THE UNITED STATES,**
Defendant.
*********************

No. **06-268 T**

Judge ____________

**PLAINTIFFS' MOTION TO FILE**
**PLAINTIFF'S ORIGINAL COMPLAINT UNDER SEAL**

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned counsel, **ARTHUR REED SNYDER, JR.**, files this **MOTION TO FILE PLAINTIFFS' ORIGINAL COMPLAINT UNDER SEAL**, and would respectfully show the Court the following:

1. Plaintiffs' Original Complaint contains personal identifying information the public disclosure of which would be harmful to the Plaintiffs' and other non-parties' privacy rights.

2. The personal identifying information contained in Plaintiffs' Original Complaint includes social security numbers, taxpayer identification numbers, and employer identification numbers of the Plaintiffs' and other non-parties.

3. The filing of Plaintiffs' Original Complaint under seal is in the best interest of the Plaintiffs and in the best interest of the non-parties whose personal identifying information is contained within Plaintiffs' Original Complaint.

4. The inclusion within the public records of a redacted version of Plaintiffs' Original Complaint is sufficient to protect the public's interest in this case.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, **ARTHUR REED SNYDER JR.,** requests and prays that:

1. this Court accept Plaintiffs' Original Complaint;

2. that Plaintiffs' Original Complaint be filed under seal,

3. that access to the unredacted version of Plaintiffs' Original Complaint be limited to the attorneys of record and their staffs; and

4. that a redacted version of Plaintiff's Original Complaint be placed in the public records in lieu of the unredacted version.

Respectfully submitted,

Date: March 30, 2006

By: ______________________

ARTHUR REED SNYDER, JR.
SNYDER & SNYDER ATTORNEYS, LLP

Texas State Bar #24027996
5001 Spring Valley Road, Suite 240-E
Dallas, Texas 75244
Telephone: (972) 702-9700
Facisimile: (972) 702- 0449
Attorneys for the Plaintiffs