IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-268 T

Judge Thomas C. Wheeler

JAMES H. AMOS and JANICE L. AMOS,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION OF THE UNITED STATES FOR ENLARGEMENT OF TIME

The United States respectfully moves the Court for an enlargement of time of 21 days, from June 2, 2006, to and including June 23, 2006, within which to answer or otherwise respond to plaintiffs' complaint. This is the first enlargement requested for this purpose.

As good cause therefor, defendant states as follows:

This is a suit in which plaintiffs allege and seek the refund of an overpayment of federal income taxes for tax years 1999 and 2000. Defendant's attorneys have not yet received from the Internal Revenue Service its recommended litigating position for this case and all of the relevant administrative files. The undersigned attorney of record spoke with the IRS attorney assigned responsibility for this case, and the IRS attorney informed the undersigned that she intends to mail the recommended litigating position and all administrative files she has received to the undersigned early next week. The undersigned attorney of record will be out of the office when

those materials arrive and will not return until May 31, 2006. Receipt and review of the IRS' views and any administrative files not yet received will aid filing of a meaningful response to plaintiffs' complaint. Pursuant to RCFC 6.1, the United States has communicated with opposing counsel regarding this motion and opposing counsel stated he will not file an opposition to it.

Respectfully submitted,

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*

s/David Gustafson
Of Counsel

May 18, 2006