# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

*********************

**JAMES H. AMOS** and
**JANICE L. AMOS,**
Plaintiffs,

No. 06-268 T

v.

**THE UNITED STATES,**
Defendant.

Judge: Thomas C. Wheeler

*********************

## REPLY

Plaintiffs, by and through the undersigned counsel, in response to the affirmative allegations set forth in paragraph 61 of the Answer, admit, deny, and allege as follows:

61. Denies.

WHEREFORE, it is prayed:

1) That the relief sought in the Answer be denied; and

2) That the relief sought in Plaintiffs' Original Complaint be granted.

Respectfully submitted,

Date: 7/12/2006

By: ARTHUR REED SNYDER, JR.
SNYDER & SNYDER ATTORNEYS, LLP

Texas State Bar #24027996
5001 Spring Valley Road, Suite 240-E
Dallas, Texas 75244
Telephone: (972) 702-9700
Facsimile: (972) 702- 0449
Attorneys for the Plaintiffs