# In the United States Court of Federal Claims

No. 06-268T

(Filed: October 3, 2006)

******************************************
JAMES H. AMOS and *
JANICE L. AMOS, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************************

**ORDER**

On October 3, 2006, the Court held a Preliminary Scheduling Conference with counsel for the parties, pursuant to Appendix A, paragraph 7 of the Court's Rules. During the conference, the Court adopted the schedule proposed by the parties in their September 5, 2006 Joint Preliminary Status Report. Accordingly, the parties shall conclude fact discovery on May 21, 2007. The Court will hold a telephonic post-discovery conference with counsel on Monday, June 4, 2007 at 10:00 AM.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge