**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 06-268 T**
**(Judge Thomas C. Wheeler)**

**JAMES H. AMOS and JANICE L. AMOS,**

**Plaintiffs,**

**v.**

**THE UNITED STATES**

**Defendant**

**STIPULATION FOR DISMISSAL**

It is hereby stipulated and agreed that the complaint in the above entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

4-4-7
Date

ARTHUR REED SNYDER, JR.
SNYDER & SNYDER ATTORNEYS, LLP
5001 Spring Valley Road, Suite 240-E
Dallas, Texas 75244
(972) 702-9700

Attorney for Plaintiffs

04\05\07
Date

BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims
Section

4/5/07
Date

Of Counsel

Attorneys for Defendant